BEFORE THE FIRST DIVISION, FEBRUARY 21, 1968

**No. P68/80.**—Toyomenka, Inc. *v.* United States, protest 63/19012 (San Francisco).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protest consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiff was sustained.

**No. P68/81.**—Global Gifts & Gadgets, Inc., and Grand Basket Co. *v.* United States, protests 61/22242 and 66/5686 (New York).

WATSON, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of rattancore sleds, trays, and other rattancore articles similar in all material respects to those the subject of *Royal Cathay Trading Co. et al.* v. *United States* (56 Cust. Ct. 371, C.D. 2662), the claim of the plaintiffs was sustained.

**No. P68/82.**—Arthur J. Fritz & Co. and Tradeship, Ltd. *v.* United States, protest 63/19929 (San Francisco).

**No. P68/83.**—Mattoon & Company, Inc., a/c Lindberg Products, Inc. *v.* United States, protest 64/2645 (San Francisco).

MALETZ, J. In accordance with stipulation of counsel that the merchandise covered by the foregoing protests consists of electric motors similar in all material respects to those the subject of *James G. Wiley Co., a/c Ungar Electric Tools, Inc.* v. *United States* (49 Cust. Ct. 199, Abstract 66961), the claim of the plaintiffs was sustained.